Carl PHILLIPS et al., Appellants v.
CHICAGO R: I. & P. R. CO.,
Appellee.
No. 6271.

Court of Civil Appeals of Texas.
Amarillo.

Jan. 26, 1953.

Rehearing Denied March 2, 1953.

Vickers, Vickers & Corbin, Lubbock, for appellants.

Underwood, Wilson, Sutton, Heare & Boyce, Amarillo, and Thompson, Walker, Smith & Shannon, Fort Worth, for appellee.

NORTHCUTT, Justice.

This case and the case of Peters v. Chicago, Rock Island & Pacific Railroad Co., Tex.Civ.App., 257 S.W.2d 860, are companion cases and, by agreement of the parties, were tried, briefed and presented together. The facts and pleadings were the same.

Since the rights of Carl Phillips to recover on his cause of action depend upon the actions of Herschel T. Peters, then the disposition of the Peters case disposes of this case; therefore, the judgment in said case is affirmed.